UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | | |
|---|---|---|
| EDNA B. BRIGHT, | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | Case No. 4:15-cv-61 |
| v. | ) | |
| | ) | Judge Mattice |
| THE BOARD OF EQUALIZATION, *et al.* | ) | Magistrate Judge Lee |
| | ) | |
| *Defendants*. | ) | |
| | ) | |

# ORDER

On February 1, 2016, Magistrate Judge Susan K. Lee filed her Report and Recommendation (Doc. 10). Magistrate Judge Lee recommended that (1) this action be dismissed for failure to state a claim for which relief may be granted due to this Court's lack of jurisdiction, and (2) that all other pending motions be denied as moot.

Plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Judge Lee's well-reasoned conclusions. Specifically, the Court finds that it lacks subject matter jurisdiction to hear Plaintiff's claims.

Accordingly,

- The Court **ACCEPTS** and **ADOPTS** Magistrate Judge Lee's findings of fact, conclusions of law, and recommendations (Doc. 10);

---

[1] Magistrate Judge Lee specifically advised Plaintiff that she had 14 days in which to object to the Report and Recommendation and that failure to do so would waive her right to appeal. (Doc. 10 at 6 n.5); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

- Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is hereby **DENIED AS MOOT**;

- Plaintiff's Motion to Ask a Question (Doc. 6) is hereby **DENIED AS MOOT**;

- Plaintiff's Motion Filed Under Title 28 U.S.C. (Doc. 8) is hereby **DENIED AS MOOT**;

- Plaintiff's Motion to Vacate Judgment (Doc. 9) is hereby **DENIED AS MOOT**; and

- Plaintiff's Complaint (Doc. 1) is hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED** this 22nd day of February, 2016.

          */s/ Harry S. Mattice, Jr.*
          HARRY S. MATTICE, JR.
          UNITED STATES DISTRICT JUDGE